UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
In re:

Claudia A. Betancourt

Debtor(s)
---------------------------------------------------------------x

Return Date: February 22, 2023

Case No. 23-40074-nhl

Chapter 13

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that a hearing will be held before the Hon. **Judge Lord** United States Bankruptcy Judge, to consider the motion for an Order granting relief as follows:

To determin that HSBC vilate the state by salling my house.

Date of hearing*: February 22, 2023

Time: 3:30 p.m.

## *Hearing to be held by telephone or video.

For call-in information, you must first register your appearance with eCourt Appearances at *https://www.nyeb.uscourts.gov/node/2126*

Dated: 1/30/23

Signature: Claudia A. Betancourt
Print name:
Address:
Phone: (917) 963-9813
Email:

CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
2023 JAN 30 P 12:18
RECEIVED

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:

**Claudia A. Betancourt**    Case No. 23-40074-nhl

Debtor(s)    Chapter 13
-----------------------------------------------------------x

## APPLICATION IN SUPPORT OF MOTION

**TO THE HON. Judge Lord, Bankruptcy Judge**

I, **Claudia A. Betancourt**, make this application in support of my motion for the following relief:

To determin that HSBC BANK violate the State by salling my house.

In support of this motion, I hereby allege as follows:

I apply for the Bankruptcy to stop loosing my home trying to help me with situation, but I found that the bank HSBC sold my house and I did not why if at that moment I was in a Bankruptcy the put my house in oceon and sold it. It is any way that you help me please to get back my house and I will try to do a short sale or something that it will help me. Thank you so much...

Wherefore, Applicant prays for an Order granting the relief requested.

Dated: 1/30/23

*Claudia A. Betancourt*
Signature

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:

**Claudia A. Betancourt**         Case No. 23-40074-nhl

                     Debtor(s)                    Chapter 13
------------------------------------------------------------x

## CERTIFICATE OF SERVICE

The undersigned certifies that on __1/30/23__, a copy of the annexed Motion was served by depositing same, enclosed in a properly addressed postage-paid envelope, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York, upon *[below specify the name and mailing address of each party served]*:

*U.S. Trustee and Trustee served by ECF.*

Stern & Eisenberg
485 B Route 1 S
Suite 330
Iselin, NJ 08830
215-572-8111
215-572-5025

Dated: 1/30/23                                              ___Claudia A. Betancourt___
                                                                                     Signature

SUPREME COURT OF THE STATE OF NEW YORK - COUNTY OF QUEENS

HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR MORTGAGE IT SECURITIES CORP. MORTGAGE LOAN TRUST, SERIES 2007-1, MORTGAGE PASS-THROUGH CERTIFICATES,

V.

RUBIN MARRERO AKA RUBEN MARRERO AS HEIR TO THE ESTATE OF RUBIN MARRERO AND AS ADMINISTRATOR OF THE ESTATE OF RUBIN MARRERO, ET AL.

## NOTICE OF SALE

NOTICE IS HEREBY GIVEN pursuant to a Final Judgment of Foreclosure dated March 15, 2022, and entered in the Office of the Clerk of the County of Queens, wherein HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR MORTGAGE IT SECURITIES CORP. MORTGAGE LOAN TRUST, SERIES 2007-1, MORTGAGE PASS-THROUGH CERTIFICATES is the Plaintiff and RUBIN MARRERO AKA RUBEN MARRERO AS HEIR TO THE ESTATE OF RUBIN MARRERO AND AS ADMINISTRATOR OF THE ESTATE OF RUBIN MARRERO, ET AL. are the Defendant(s). I, the undersigned Referee will sell at public auction RAIN OR SHINE on the COURTHOUSE STEPS OF THE QUEENS COUNTY COURTHOUSE, 88-11 SUTPHIN BLVD., JAMAICA, NY 11435, on January 13, 2023 at 10:30AM, premises known as 108-29 ROOSEVELT AVE, CORONA, NY 11368: Block 1780, Lot 73:

ALL THAT CERTAIN PLOT, PIECE OR PARCEL OF LAND, WITH THE BUILDINGS AND IMPROVEMENTS THEREON ERECTED, SITUATE, LYING AND BEING AT CORONA IN THE SECOND WARD OF THE BOROUGH AND COUNTY OF QUEENS, CITY AND STATE OF NEW YORK

Premises will be sold subject to provisions of filed Judgment Index # 701401/2021. Stephen D. Hans, Esq. - Referee. Robertson, Anschutz, Schneid, Crane & Partners, PLLC 900 Merchants Concourse, Suite 310, Westbury, New York 11590, Attorneys for Plaintiff. **All foreclosure sales will be conducted in accordance with Covid-19 guidelines including, but not limited to, social distancing and mask wearing.** *LOCATION OF SALE SUBJECT TO CHANGE DAY OF IN ACCORDANCE WITH COURT/CLERK DIRECTIVES.



20-072872 - StM